# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE KIMIKO AYERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-001026-AWI-SAB<br><br>REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 3)<br><br>TWENTY DAY DEADLINE |

Plaintiff Anne Kimiko Ayeres filed this civil rights action pursuant to 42 U.S.C. § 1983, on July 30, 2018. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's complaint indicates that she graduated from high school in 2018, and her application to proceed without prepayment of fees states that she has $1,300.00 in a checking or savings account which indicates that she may have the ability to pay the filing fee. Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 addressing her household income and expenses. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1.　　Plaintiff's application to proceed in forma pauperis is DENIED without prejudice;

1

2. The Clerk of the Court is directed to forward an <u>in forma pauperis</u> application (Long Form) to Plaintiff;

3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) file an application to proceed <u>in forma pauperis</u> without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **July 31, 2018**

UNITED STATES MAGISTRATE JUDGE