1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | ANNE KIMIKO AYERS,

Case No. 1:18-cv-01026-AWI-SAB

12 |       Plaintiff,

FINDINGS AND RECOMMENDATIONS
RECOMMENDING DENYING
APPLICATION TO PROCEED IN FORMA
PAUPERIS

13 |       v.

14 | FELLOWSHIP OF CHRISTIAN
ATHLETES, et al.,

(ECF No. 3, 5)

15

16 |       Defendants.

OBJECTIONS DUE WITHIN FOURTEEN
DAYS

17

18        On July 30, 2018, Plaintiff Anne Kimiko Ayers ("Plaintiff") filed a civil rights complaint

19 in this action pursuant to 42 U.S.C. § 1983. (ECF No. 2.) Along with her complaint, Plaintiff

20 filed an application to proceed in forma pauperis without prepayment of the filing fee. (ECF No.

21 3.) Upon review of Plaintiff's application, the Court found that it did not demonstrate Plaintiff

22 was unable to pay the filing fee so an order issued requiring Plaintiff to file a long form

23 application to proceed in forma pauperis to address her household income and expenses. (ECF

24 No. 4.) On August 1, 2018, Plaintiff filed a long form application to proceed without

25 prepayment of fees. (ECF No. 5.)

26        Pursuant to 28 U.S.C. § 1915, federal courts can authorize the commencement of any suit

27 without prepayment of fees by a person who submits an affidavit demonstrating that the person

28 is unable to pay such fees. 28 U.S.C. § 1915(a)(1). "[A]n affidavit is sufficient which states that

one cannot because of his poverty 'pay or give security for the costs . . . and still be able to provide' himself and dependents 'with the necessities of life.' " Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339 (1948). "When a claim of poverty is made under section 1915 'it is proper and indeed essential for the supporting affidavits to state the facts as to affiant's poverty with some particularity, definiteness and certainty.' " United States v. McQuade, 647 F.2d 938, 940 (9th Cir. 1981) (quoting Jefferson v. United States, 277 F.2d 723, 725 (9th Cir. 1960)).

In the application to proceed without prepayment of fees, Plaintiff states that she receives income of $132.00 per month which she will be continuing to receive into September 2018. She has $1,300.00 in her checking account and expenses of $20.00 per month for transportation and $20.00 per month for recreation for a total monthly expense of $40.00. Plaintiff states that she will begin college in the fall and will be looking for employment after she checks into her dorm. It would appear from the application filed that Plaintiff's living expenses are paid by her parents. Plaintiff has not addressed her household income and expenses as directed by the July 31, 2018 order. Plaintiff has not demonstrated that that she is unable to pay the filing fee in this matter.

Review of Plaintiff's application to proceed in forma pauperis demonstrates that she has the ability to pay the $400.00 filing fee in this action. The Court finds that Plaintiff is not eligible to proceed in forma pauperis under 28 U.S.C. § 1915.

Accordingly, it is HEREBY RECOMMENDED that Plaintiff's application to proceed in forma pauperis be DENIED.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304. Within fourteen (14) days of service of this recommendation, any party may file written objections to these findings and recommendations with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th

1  Cir. 2014) (citing <u>Baxter v. Sullivan</u>, 923 F.2d 1391, 1394 (9th Cir. 1991)).

2

3  IT IS SO ORDERED.

4  Dated:   **August 2, 2018**

_____

UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28