# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE K. AYERS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01026-AWI-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS; DENYING MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES AS MOOT; AND DIRECTING CLERK OF THE COURT TO ISSUE SUMMONSES AND NEW CASE DOCUMENTS<br><br>(ECF Nos. 3, 5) |

　　　　Plaintiff Anne K. Ayers "Plaintiff" filed this action on July 30,2 018. Plaintiff filed two applications seeking to proceed without the prepayment of fees on July 30, 2018 and August 1, 2018. (ECF Nos. 3, 5.) Upon review of the applications, the Court found that Plaintiff had not demonstrated that she was entitled to proceed in this action without prepayment of fees. On August 3, 2018, findings and recommendations issued recommending that Plaintiff's motion to proceed without prepayment of fees be denied. (ECF No. 6.) On August 4, 2018, Plaintiff paid the filing fee in this action. As Plaintiff has paid the filing fee, her request to proceed in forma pauperis in this action is moot.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The findings and recommendations issued August 3, 2018 is VACATED;

　　　　2.　　Plaintiff's motions to proceed without prepayment of fees are DENIED as moot;

1

and

3. The Office of the Clerk is DIRECTED to issue the summonses and new case documents in this action.

IT IS SO ORDERED.

Dated: **August 6, 2018**

_____
UNITED STATES MAGISTRATE JUDGE