# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE K. AYERS,<br><br>        Plaintiff,<br><br>    v.<br><br>FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,<br><br>        Defendants. | Case No. 1:18-cv-01026-AWI-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT<br><br>(ECF No. 23)<br><br>DEADLINE SEPTEMBER 28, 2018 |

      Anne K. Ayers filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 30, 2018 against the Fellowship of Christian Athletes, Ron Nelson, Kings Canyon Unified School District, Timothy Warkentin, Reedley Mennonite Brethren Church, Pastor Joel Kersey, Kings Canyon Unified School District School Board, Trustee Area 1 Noel Remick, Trustee Area 2 Sarah Rola, Trustee Area 3 Connie Brooks, Trustee Area 4 Robin Tyler, Trustee Area 5 Manuel Ferreira, Trustee Area 6 Craig A Cooper, Trustee Area 7 Clotilda Mora, Asst. Superintendent Roberto Gutierrez, and Superintendent Juan Garza. On August 29, 2018, Defendants Reedley Mennonite Brethren Church and Joel Kersey filed a motion to dismiss. On September 18, 2018, Plaintiff and Defendants Reedley Mennonite Brethren Church and Joel Kersey filed a stipulation to extend time for Plaintiff to file an amended complaint. On September 19, 2018, Defendants Reedley Mennonite Brethren Church and Joel Kersey withdrew their motion to dismiss.

1

1 | Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's first amended complaint shall be filed on or before September 28, 2018.

IT IS SO ORDERED.

Dated: **September 20, 2018**

_____
UNITED STATES MAGISTRATE JUDGE

2