# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE K. AYERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FELLOWSHIP OF CHRISTIAN ATHLETES, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01026-AWI-SAB<br><br>ORDER RE: SECOND STIPULATION EXTENDING TIME FOR DEFENDANTS FELLOWSHIP OF CHRISTIAN ATHLETES AND RON NELSON TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 26())<br>DEADLINE: OCTOBER 12, 2018 |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants Fellowship of Christian Athletes and Ron Nelson shall file a responsive pleading on or before October 12, 2018.

IT IS SO ORDERED.

Dated: **September 25, 2018**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1