1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                    **EASTERN DISTRICT OF CALIFORNIA**
8  **ANNE KIMIKO AYERS,**                    **CASE NO. 1:18-CV-1026 AWI-SAB**
9           **Plaintiff**
10               **v.**                      **ORDER WITHDRAWING LEAVE TO**
                                             **AMEND AND CLOSING CASE**
11 **FELLOWSHIP OF CHRISTIAN**
   **ATHLETES; et. al,**                     (ECF No. 48)
12          **Defendants**
13

14      On April 4, 2019, the Court dismissed Plaintiff's claims against Defendants, and granted
15 Plaintiff 21 days leave to amend consistent with the Court's dismissal order. *See* ECF No. 48. The
16 Court also stated that if no timely amended complaint was filed by the due date, "leave to amend
17 will be withdrawn and this case will be closed without further comment." *Id*. at p. 11.
18      As of May 3, 2019, Plaintiff has not filed an amended complaint; thus, leave to amend is
19 withdrawn, and this case will be closed.
                                        **ORDER**
20
21      Accordingly, IT IS HEREBY ORDERED that leave to amend is WITHDRAWN, and the
22 Clerk of the Court shall CLOSE this case.

23 IT IS SO ORDERED.
24
   Dated:   May 3, 2019          _____
25                                 SENIOR  DISTRICT  JUDGE
26
27
28